UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MELANIE ANN RAEB, | |
| Plaintiff, | Case No. 1:17-cv-00168-WCL-SLC |
| v. | Honorable Judge William C. Lee |
| R1 RCM, INC. d/b/a MEDICAL FINANCIAL SOLUTIONS, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, MELANIE ANN RAEB ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, R1 RCM, INC. d/b/a MEDICAL FINANCIAL SOLUTIONS., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 8, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Northern District of Indiana
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com